

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2014

No. 04-14-00520-CR

Steven Mitchell **GARY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2945
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Luz Elena D. Chapa, Justice

The court construes appellant's letter dated September 7, 2014 and received September 10, 2014 as a motion for rehearing and DENIES the motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court